UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK

ABDULJABBAR QURAISH,

        Plaintiffs,

Case No.:

v.

MAERSK LINE, LTD,

        Defendant.

_____/

## **COMPLAINT**

**NOW COMES** Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

1.      Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

2.      Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance, and cure.

3.      At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crewmember aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4.      On or about September 11, 2021, Plaintiff was required to walk Deck #7, Hold 1, Frame 174, port side, in a dark unlit environment when he tripped over an unseen forklift leg resulting in injury from the said failure to provide safe place to work and negligently created unseaworthy condition.

5.      Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, *inter alia*, as follows:

a.   Pain and suffering, past future.

b.   Mortification, humiliation, fright shock and embarrassment.

c.   Loss of earnings and earning capacity.

d.   Hospital, pharmaceutical and other cure expenses.

e.   Aggravation of prior condition, if any there be.

f.   Inability to engage in social, recreational, and other pursuits previously enjoyed.

g.   Mental anguish.

h.   Found.

i.   Maintenance, cure, and/or attorney fees.

**WHEREFORE,** Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

Respectfully submitted,

*/s/ Dennis M. O'Bryan*
Dennis M. O'Bryan (PHV030306)
dob@obryanlaw.net

*/s/ Kirk E. Karamanian*
Kirk E. Karamanian (PHV005383)
kkaramanian@obryanlaw.net

O'Bryan Baun Karamanian
Attorneys for Plaintiff
401 S. Old Woodward, Suite 463
Birmingham, MI 48009
248.258.6262, 248.258.6047 - fax

Richard Daniel Bause (RB9804)
OPLN
Local Counsel
959 S. Springfield Ave., 2nd Floor
Springfield, NJ 07081
908.928.9200
dbause@lawnj.net

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK

ABDULJABBAR QURAISH,

                                        Case No.:

    Plaintiffs,

v.

MAERSK LINE, LTD,

    Defendant.

_____/

## **DEMAND FOR TRIAL BY JURY**

    **NOW COMES** Plaintiff by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of action.

                                Respectfully submitted,

                                */s/ Dennis M. O'Bryan*
                                Dennis M. O'Bryan (PHV030306)
                                dob@obryanlaw.net

                                */s/ Kirk E. Karamanian*
                                Kirk E. Karamanian (PHV005383)
                                kkaramanian@obryanlaw.net

                                O'Bryan Baun Karamanian
                                Attorneys for Plaintiff
                                401 S. Old Woodward, Suite 463
                                Birmingham, MI 48009
                                248.258.6262, 248.258.6047 - fax

                                Richard Daniel Bause (RB9804)
                                  OPLN
                                Local Counsel
                                959 S. Springfield Ave., 2nd Floor
                                Springfield, NJ 07081
                                908.928.9200
                                dbause@lawnj.net